IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:20-CR-00428-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JARRELL BORDEAUX, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Defendant's "Motion for Reconsideration of Detention Order," seeking a review of Magistrate Judge Gates' October 7, 2020 order of detention pursuant to 18 U.S.C. § 3145(b) [DE 54]. The motion expressly seeks "reconsideration" of the October 7, 2020 order; however, the court has already, at the Defendant's request, reviewed in full the October 7, 2020 order, as set forth in this court's January 15, 2021 order. *See* DE 39. Defendant does not reference, nor even mention, the court's January 15, 2021 order and fails to identify whether any information supplied in the current motion is before the court for the first time since January 15.

Because the current motion was filed by the Defendant's second attorney[1] and it appears there may be some confusion with respect to this matter, the court will DENY the

---

[1] The original motion seeking review of the detention order was filed on December 16, 2020 by Defendant's first attorney, James Ayers; the court granted Mr. Ayers' motion for withdrawal on January 19, 2021. DE 26, 40. The present motion was filed on April 13, 2021 by Defendant's current counsel, Brett Wentz. DE 54.

current motion WITHOUT PREJUDICE.

SO ORDERED this 28th day of April, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE