IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:20-CR-00428-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARRELL BORDEAUX, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's third "Motion to Reconsider Detention Hearing," seeking another review of Magistrate Judge Gates' October 7, 2020 order of detention [DE 104]. Nothing has changed that affects the court's prior consideration of detention in this matter. *See* Orders, DE 39, 67 (citing 18 U.S.C. §§ 3142(f) & (g)). Moreover, the hardships felt by Defendant's family during his absence, while difficult, do not constitute a compelling reason to release the Defendant prior to his trial. *See* 18 U.S.C. § 3142(i).

The court recognizes that Defendant's pretrial detention has been relatively long; however, the Defendant, at his request, is currently represented by a third attorney in this case. In addition, all motions to continue filed in this case have been filed by the Defendant. *See* DE 18, 23, 44, 65, 78, 88, 99. A jury trial was set to commence on October 26, 2021, but at the pretrial conference on October 22, 2021, Defendant requested a continuance; thereafter, upon the withdrawal of Defendant's second attorney and the appearance of his third attorney, trial was rescheduled to January 10, 2023, at the

Defendant's request. The court finds no basis on which to release the Defendant at this time.

For these reasons and after careful consideration of the Bail Reform Act (*see* 18 U.S.C. § 3142(g)), Defendant's third motion for reconsideration [DE 104] is DENIED.

SO ORDERED this ___12th___ day of December, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE