IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:20-CR-00428-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JARRELL RAESHON BORDEAUX, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Motion for Modification of Judgment of Restitution [DE 203]. Defendant seeks an order requiring the Bureau of Prisons (BOP) to modify his current payment schedule. The motion is DENIED. First, restitution was not imposed in this case; Defendant is required to pay the $100 special assessment attached to each of the thirteen counts for which he was convicted. Second, Defendant fails to identify this court's authority, if any, to require the BOP to modify its administration of inmates' financial obligations absent evidence of a statutory or constitutional violation. *See United States v. Berry*, No. 5:08-CR-247-FL-1, 2019 WL 2221593, at *3 (E.D.N.C. May 22, 2019) (finding 18 U.S.C. § 3664(k) does not authorize courts to modify IFRP payment schedules and that inmates challenging such payment schedules must proceed pursuant to 28 U.S.C. § 2241).

SO ORDERED this 6th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE