IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:20-CR-00428-M
Case No. 5:26-CV-00063-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARRELL RAESHON BORDEAUX, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

This matter comes before the court on a Notice filed by Petitioner in response to the court's March 13, 2026 order. DE 218. Petitioner clarifies that he wishes for the court to consider the § 2255 petition filed at DE 206, *not* the § 2255 petition filed at DE 209, and asserts that the petition at DE 209 "is not a supplement[ ] nor addition nor alteration of the initial [petition]." *Id.*

Accordingly, out of an abundance of caution, Petitioner's (second) Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [DE 209] is deemed WITHDRAWN. The court will proceed to consider and resolve the first-filed § 2255 petition (DE 206) once it is fully briefed.

In addition, the United States shall file a response (or responses) to Defendant's pending motions at DE 220 and 221 on or before **April 22, 2026**.

SO ORDERED this _____9th_____ day of April, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE